AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Phillips, Mary E. | United States District Court | 11/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief District Judge- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Charles Evans Whittaker United States Courthouse
400 East Ninth Street, Room 7452
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 11/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | State of Missouri- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Adorn, Inc. | None | | J | W | | | | | |
| 2. | Family Trust (H for Lines 3-35) | | | | | | | | | |
| 3. | Country Club Bank | A | Interest | M | T | | | | | |
| 4. | Schwab 1 (H) See Part VIII | | | | | | | | | |
| 5. | Vanguard Select Value - VASVX | D | Dividend | L | T | | | | | |
| 6. | Osage Sch Lake Ozark - bond | A | Interest | K | T | | | | | |
| 7. | Greene Co Reorg school - bond | B | Interest | L | T | | | | | |
| 8. | Missouri St. Health and EDL - bond | A | Interest | K | T | | | | | |
| 9. | Schwab 1 (H) | | | | | | | | | |
| 10. | California Resource Corp - CRC - see Part VIII | A | Dividend | | | Closed | 08/31/20 | J | | |
| 11. | Colgate Palmolive (CL) | A | Dividend | J | T | | | | | |
| 12. | Diageo plc - DEO | A | Dividend | J | T | | | | | |
| 13. | Intel Corp - INTC | A | Dividend | K | T | Buy | 12/02/20 | J | | |
| 14. | Johnson & Johnson - JNJ | A | Dividend | J | T | | | | | |
| 15. | Linde PCL - LIN | A | Dividend | | | Sold | 12/02/20 | J | | |
| 16. | Medtronic - MDT | A | Dividend | K | T | Buy | 12/02/20 | J | | |
| 17. | PepsiCo Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Rockwell Automation - ROK | A | Dividend | J | T | | | | | |
| 19.  Suncor Energy - SU | A | Dividend | | | Sold | 12/02/20 | J | | |
| 20.  Union Pacific - UNP | A | Dividend | J | T | | | | | |
| 21.  IShares Trust Real Estate - IYR | B | Dividend | K | T | | | | | |
| 22.  iShares Russell 2000 Value Index | A | Dividend | | | Sold | 12/02/20 | K | | |
| 23.  iShares MSCI Emerging Markets Index EEM | B | Dividend | L | T | | | | | |
| 24.  ISHARES Core MSCI Emerging - IEMG | A | Dividend | | | Sold | 12/02/20 | J | | |
| 25.  Vanguard Midcap Growth - VOT | A | Dividend | L | T | | | | | |
| 26.  Vanguard Mid Cap Value - VOE | A | Dividend | K | T | | | | | |
| 27.  Vanguard FTSE Emerging Markets - VWO | B | Dividend | K | T | | | | | |
| 28.  Vanguard Russell 1000 Growth - VONG | A | Dividend | M | T | | | | | |
| 29.  Vanguard Russell 1000 Value - VONV | B | Dividend | M | T | | | | | |
| 30.  Vanguard Russell 2000 Growth - VTWG | A | Dividend | K | T | | | | | |
| 31.  Vanguard FTSE Developed Market - VEA | C | Dividend | M | T | | | | | |
| 32.  Matthews Pacific Tiger - MAPTX | A | Dividend | L | T | | | | | |
| 33.  Vanguard Primecap Core - VPCCX | A | Dividend | L | T | | | | | |
| 34.  Vanguard Tax-Managed Small Cap - VTMSX | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cash Account Schwab | A | Interest | J | T | Open | 10/29/20 | J | | |
| 36. Schwab 2 (Roth) (H) See Part VIII | | | | | | | | | |
| 37. T. Rowe Price Overseas TROIX | A | Dividend | J | T | | | | | |
| 38. UNTS Gugg Flah Crum PRFD | A | Dividend | K | T | | | | | |
| 39. Cash Account Schwab | A | Interest | J | T | | | | | |
| 40. Schwab 3 (Rollover) (H) See Part VIII | | | | | | | | | |
| 41. California Resources Corp - CRC See Part VIII | | None | | | Closed | 08/31/20 | J | | |
| 42. Colgate Palmolive - CL | A | Dividend | | | Sold | 12/02/20 | J | | |
| 43. Diageo PLC - DEO | A | Dividend | | | Sold | 12/02/20 | J | | |
| 44. Intel Corp - INTC | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson - JNJ | A | Dividend | J | T | | | | | |
| 46. Linde PLC | A | Dividend | | | Sold | 12/02/20 | J | | |
| 47. Medtronic - MDT | A | Dividend | J | T | | | | | |
| 48. Pepsico - PEP | A | Dividend | J | T | | | | | |
| 49. QUALCOMM Inc - QCOM | A | Dividend | J | T | | | | | |
| 50. Rockwell Automation - ROK | A | Dividend | J | T | | | | | |
| 51. Suncor - SU | A | Dividend | | | Sold | 12/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Union Pacif Corp - UNP | A | Dividend | J | T | | | | | |
| 53. Ishared US Real Estate - IYR | A | Dividend | K | T | | | | | |
| 54. Vanguard Mid-Cap Growth - VOT | A | Dividend | K | T | | | | | |
| 55. Vanguard Mid-cap Value | A | Dividend | J | T | | | | | |
| 56. Vanguard Emerging Markets - VWO | A | Dividend | K | T | | | | | |
| 57. Vanguard Russell 1000 Growth - VONG | A | Dividend | L | T | | | | | |
| 58. Vanguard Russell 2000 Value VTWV | A | Dividend | K | T | | | | | |
| 59. Vanguard russell 2000 Growth - VTWG | A | Dividend | K | T | | | | | |
| 60. Vanguard Developed MKT - VEA | A | Dividend | L | T | | | | | |
| 61. Verizon Comm Int. NTS B/E - bond | | None | K | T | | | | | |
| 62. Matthews Asian Divident MIPIX | A | Dividend | K | T | Buy | 12/04/20 | K | | |
| 63. Schwab US Divident SCHD | A | Dividend | K | T | Buy | 12/02/20 | K | | |
| 64. Cash Account Schwab | A | Interest | J | T | Open | 10/29/20 | J | | |
| 65. Schwab 4 (Rollover) (H) See Part VIII | | | | | | | | | |
| 66. Loomis Sayles Growth - LGRCX | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 67. Oakmark Intl Fund - OAKIX | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 68. T. Rowe Price Asia Opportunities TRASX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. T. Rowe Price Asia Opportunities TRASX | | None | | | Buy | 12/04/20 | K | | |
| 70. Cash Account Schwab | A | Interest | J | T | Open | 10/29/20 | J | | |
| 71. Schwab 5 (Roth) (H) See Part VIII | | | | | | | | | |
| 72. California Resources Corp - CRC | | None | | | Closed | 12/01/20 | J | | |
| 73. Colgate Palmolive - CL | A | Dividend | | | Sold | 12/02/20 | J | | |
| 74. Diageo - DEO | A | Dividend | | | Sold | 12/02/20 | J | | |
| 75. Intel Corp - INTC | A | Dividend | J | T | | | | | |
| 76. Johnson & Johnson - JNJ | A | Dividend | J | T | | | | | |
| 77. Medtronic - MDT | A | Dividend | J | T | | | | | |
| 78. Pepsico - PEP | A | Dividend | J | T | | | | | |
| 79. Qualcomm - QCOM | A | Dividend | J | T | | | | | |
| 80. Rockwell Automation - ROK | A | Dividend | J | T | | | | | |
| 81. Suncor - SU | A | Dividend | | | Sold | 12/02/20 | J | A | |
| 82. Union Pacific Corp - UNP | A | Dividend | J | T | | | | | |
| 83. IShares US Real Estate - IYR | A | Dividend | K | T | | | | | |
| 84. Vanguard Mid-Cap Growth - VOT | A | Dividend | K | T | | | | | |
| 85. Vanguard Mid-Cap Value - VOE | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Emerging Markets - VWO | A | Dividend | L | T | | | | | |
| 87. Vanguard Russell 1000 Growth - VONG | A | Dividend | K | T | | | | | |
| 88. Vanguard Russell 2000 Value - VTWV | A | Dividend | K | T | | | | | |
| 89. Vanguard Russell 2000 Growth - VTWG | A | Dividend | K | T | | | | | |
| 90. Vanguard Developed MKT - VEA | A | Dividend | K | T | | | | | |
| 91. Vanguard Total Stock - VTSAX | A | Dividend | K | T | | | | | |
| 92. Schwab US Dividend SCHD | A | Dividend | L | T | Buy | 12/04/20 | L | | |
| 93. T Rowe Price Asia Opportunities TRASX | A | Dividend | K | T | Buy | 12/04/20 | K | | |
| 94. Cash Account Schwab | A | Interest | J | T | Buy | 10/29/20 | J | | |
| 95. 457(b) Plan (H) | | | | | | | | | |
| 96. MO2035 Fund | B | Interest | N | T | | | | | |
| 97. UBS Cash Account | A | Int./Div. | | | Closed | 10/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Phillips, Mary E.** | 11/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

#4 Schwab 1: In October 2020 all assets in our UBS account were transferred to a new account with Charles Schwab.

#11 California Resource Corp- CRC: This company declared bankruptcy and the asset no longer has any value.

#43 Schwab 2 (Roth): In October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.

#47 Schwab 3 (Rollover): In October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.

#49 California Resources Corp - CRC: The company declared bankruptcy and the asset has no value.

#79 Schwab 4 (Rollover): In October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.

#87 Schwab 5 (Roth): In October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.

#89 California Resources Corp - CRC: The company declared bankruptcy and the asset has no value.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Mary E. Phillips**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544